FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUGUSTA JOHNSON, | No.   2:20-cv-00109-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| USAA INSURANCE COMPANY, INC., a foreign insurance company doing business in Washington State, | |
| Defendant. | |

On May 22, 2020, the parties filed a stipulated dismissal, ECF No. 2. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1.   The parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), **ECF No. 2**, is **GRANTED**.

2.   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3.   All pending motions are **DENIED AS MOOT**.

4.   All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

5.      The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of May 2020.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2